```
                                    EAST BATON ROUGE PARISH   C-684698
                                    Filed Jun 25, 2019 3:30 PM
                                    Deputy Clerk of Court         25
```

DAVID FALK                              NUMBER: _____  SEC/DIV: _____

VERSUS                                  19TH JUDICIAL DISTRICT COURT

FIRST ACCEPTANCE INSURANCE              PARISH OF EAST BATON ROUGE
COMPANY OF GEORGIA, INC.;
STEADFAST INSURANCE COMPANY;            STATE OF LOUISIANA
AND EMANUEL COATES

FILED: _____       _____
                                        DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of **DAVID FALK**, of legal age and a citizen of the State of Louisiana, respectfully represents:

1.

Made defendants herein are:

A) **FIRST ACCEPTANCE INSURANCE COMPANY OF GEORGIA, INC.**, an insurer incorporated under the laws of a State other than Louisiana, having its principal place of business within the State of Tennessee at 3813 Green Hills Village Drive, Nashville, Tennessee 37215, which insurer is not licensed to do business in the State of Louisiana, but which is nevertheless amenable to service of process and the exercise of personal jurisdiction by this Honorable Court under the provisions of the Louisiana Long Arm Statute, La. R.S. 13:3201, *et seq.*, and by the non-resident motorist statute, La. R.S. 13:3474, *et seq.*, by virtue of its insured causing an injury or damage by an offense or quasi offence committed through and act or omission in this State, which involved an accident or collision occurring while the insured was operating a motor vehicle on the public highways of this State;

B) **STEADFAST INSURANCE COMPANY**, a foreign surplus lines insurer incorporated under the laws of a state other than Louisiana, but which is nevertheless authorized to do and doing business in the State of Louisiana; and

C) **EMANUEL COATES**, of legal age and a citizen of the State of Georgia.

2.

On or about July 4, 2018, around 9:19 p.m., a 2007 Chevrolet Tahoe, owned and being operated by **EMANUEL COATES**, proceeded past a stop sign and into the lane of a lawfully proceeding 2014 Nissan Versa, owned and being operated by **DAVID FALK**, causing a collision on S. Peters Street in Orleans Parish, State of Louisiana.

3.

The wreck, injuries, and damages were caused by the fault of defendant, **EMANUEL COATES**, which fault consisted more particularly, but not exclusively, of his:

A) Violations of the Louisiana Highway Regulatory Act;

B) Failing to stop at a stop sign;

C) Failing to yield the right of way to a lawfully approaching vehicle;

D) Failing to maintain a proper lookout; and

E) Generally failing to exercise the required degree of care commensurate with the existing driving situation.

*Megan Gullett*

Certified True and
Correct Copy                East Baton Rouge Parish       Generated Date:
CertID: 2019062501069       Deputy Clerk of Court         6/25/2019 3:48 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

EXHIBIT
1

4.

At the time of the wreck, there was in full force and effect one or more policies of liability insurance issued by defendant, FIRST ACCEPTANCE INSURANCE COMPANY OF GEORGIA, INC., affording coverage for liability of the nature asserted herein to the benefit of plaintiff, DAVID FALK, entitling him to maintain this Direct Action against said insurer and rendering said insurer solidarily liable with its insured, EMANUEL COATES.

5.

Plaintiff avers entitlement to recover the uninsured or underinsured motorist ("UM") coverage benefits owed him by defendant, STEADFAST INSURANCE COMPANY, ("UM Insurer") because, on information and belief:

A) At the time of the wreck, there was in full force and effect one or more policies of automobile liability insurance issued by the UM Insurer, to and in favor of Lyft, Inc., under which Plaintiff is an insured for UM coverage as defined by said policies;

B) Said policies afford UM coverage to Plaintiff for damages he is legally entitled to recover from the owner or operator of an uninsured or underinsured motor vehicle for bodily injuries, including death, caused by an accident and involving or arising out of the operation, ownership, maintenance or use of such uninsured or underinsured motor vehicle, as defined by said policies;

C) Plaintiff's bodily injuries sued on were caused by an accident which was caused by defendant, EMANUEL COATES, who is the owner or operator of an uninsured or underinsured motor vehicle, as defined by said policies;

D) Plaintiff presented a UM claim to the UM Insurer;

E) Plaintiff and the UM Insurer do not agree on whether Plaintiff is entitled to recover damages from the owner or operator of the uninsured or underinsured motor vehicle;

F) Plaintiff and the UM Insurer do not agree on the amount of the damages that Plaintiff is legally entitled to recover from the owner or operator of the uninsured or underinsured motor vehicle; and

G) The UM Insurer has breached the UM insuring agreement by failing to fulfill its obligations under said agreement.

6.

As a result of the wreck, DAVID FALK sustained personal injuries including to his wrist, shoulders, and neck, along with other parts of his body, which have caused and will continue to cause him past and future pain and suffering, mental anguish and distress, and loss of enjoyment of life, disability, lost wages and medical expenses, and for which losses the defendants are solidarily liable to the extent provided by law.

Certified True and Correct Copy
CertID: 2019062501069
East Baton Rouge Parish
Deputy Clerk of Court
Generated Date: 6/25/2019 3:48 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

WHEREFORE, plaintiff, **DAVID FALK**, prays that after due proceedings are had, there be judgment in his favor and against defendants, **FIRST ACCEPTANCE INSURANCE COMPANY OF GEORGIA, INC., STEADFAST INSURANCE COMPANY**, and **EMANUEL COATES**, *in solido* to the extent provided by law, for all damages as are reasonable in the premises, together with legal interest on all sums awarded from date of judicial demand (until paid), and casting defendants with all costs of these proceedings, including legal interest thereon from date incurred (until paid).

Respectfully submitted by
Attorneys for Plaintiff:

DUÉ GUIDRY PIEDRAHITA ANDREWS L.C.

By: _____
Kirk A. Guidry, Bar Roll #20842
B. Scott Andrews, Bar Roll #24280
C. Scott Courrege, Bar Roll #37991
8201 Jefferson Highway
Baton Rouge, Louisiana 70809
Tel: (225) 929-7481
Fax: (225) 924-4519

Joseph E. Windmeyer, Jr., Bar Roll #26554
WINDMEYER LAW FIRM, LLC
2313 N. Hullen Street
Metairie, Louisiana 70001
Tel: (504) 833-0782
Fax: (504) 833-0936

**SERVICE INFORMATION:**

Please serve **STEADFAST INSURANCE COMPANY** through the Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, Louisiana 70809.

*Non-Resident Motorist Service:*

Please serve **FIRST ACCEPTANCE INSURANCE COMPANY OF GEORGIA, INC.** through the Louisiana Secretary of State in accordance with the non-resident motorist statute, La. R.S. 13:3474, *et seq.* The last known address of **FIRST ACCEPTANCE INSURANCE COMPANY OF GEORGIA, INC.** is 3813 Green Hills Village Drive, Nashville, Tennessee 37215.

Please serve **EMANUEL COATES** through the Louisiana Secretary of State in accordance with the non-resident motorist statute, La. R.S. 13:3474, *et seq.* The address of the **EMANUEL COATES** listed in the accident report is 100 Lochlyn Place, Bonaire, Georgia 31005.

*Long Arm Service:*

**FIRST ACCEPTANCE INSURANCE COMPANY OF GEORGIA, INC.** is to also be served via the Louisiana Long Arm Statute, La. R.S. 13:3201, *et seq.*

**EMANUEL COATES** is also to be served via the Louisiana Long Arm Statute, La. R.S. 13:3201, *et seq.*

Certified True and Correct Copy
CertID: 2019062501069

Megan Gullett
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
6/25/2019 3:48 PM