| | |
|---|---|
| DAVID FALK<br>(Plaintiff)<br><br>VS<br><br>FIRST ACCEPTANCE INSURANCE<br>COMPANY OF GEORGIA, INC., ET AL<br><br>FILED:_____ | NUMBER C-684698    SEC. 25<br><br>19th JUDICIAL DISTRICT COURT<br><br>PARISH OF EAST BATON ROUGE<br><br>STATE OF LOUISIANA<br><br>_____<br>DEPUTY CLERK |

### REQUESTS FOR ADMISSION TO PLAINTIFF

To:  Plaintiff, David Falk
*Through his counsel of record,*
Kirk A. Guidry
B. Scott Andrews
C. Scott Courrege
8201 Jefferson Highway
Baton Rouge, LA 70809

**COMES NOW** Defendant, Steadfast Insurance Company ("Steadfast" or "Defendant"), who, pursuant to the Louisiana Code of Civil Procedure, propounds the following Requests for Admission to Plaintiff, David Falk, for response, under oath, within thirty (30) days. Failure to respond timely and according to law will be deemed an admission.

**REQUEST FOR ADMISISON NO. 1:**

Please admit that Plaintiff David Falk's total damages in the captioned matter, "*David Falk v. First Acceptance Insurance Company Of Georgia, Inc., et al*.", do not exceed $75,000, exclusive of interest and costs.

**REQUEST FOR ADMISISON NO. 2:**

Please admit that Plaintiff David Falk's claims for personal injuries, as alleged in Plaintiff's *Petition for Damages* concerning the July 4, 2018 motor vehicle incident which forms the basis of this litigation, do not exceed $75,000, exclusive of interest and costs.

Respectfully submitted:

*/s/ Stephen Eckholdt*
_____
**ANDREA L. ALBERT (#27353)**
**STEPHEN J. ECKHOLDT (#35765)**
**GALLOWAY, JOHNSON, TOMPKINS,**
 **BURR & SMITH**
#3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana  70448
Telephone: (985) 674-6680
Facsimile:  (985) 674-6681
***Attorneys for Steadfast Insurance Company***

1

EXHIBIT
2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all known counsel of record by electronic mail, facsimile and/or by depositing same in the United States mail, properly addressed and postage prepaid, this 22nd day of May, 2020.

_____
STEPHEN J. ECKHOLDT

2