Paul H. Dué *emeritus*
Kirk A. Guidry'
Randolph A. Piedrahita *1959-2018*
B. Scott Andrews'*

C. Scott Courrege

'L.L.C.s

# DGPA

## DUÉ | GUIDRY | PIEDRAHITA | ANDREWS | L.C.
ATTORNEYS AT LAW

TEL 225.929.7481　FAX 225.924.4519
8201 Jefferson Highway
Baton Rouge, LA 70809
www.dueguidry.com
Bob Downing *of counsel*
*Licensed in LA and TX

June 22, 2020

**Via Facsimile: (985) 674-6681**
Stephen J. Eckholdt, Esq.
Andrea L. Albert, Esq.
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
#3 Sanctuary Blvd., Third Floor
Mandeville, LA 70448

　　　Re:　David Falk
　　　Vs:　First Acceptance Insurance Company of Georgia, Inc., et al.
　　　No:　684,698; 19th JDC; Sec. 25

Dear Counselors:

　　I see that you served a Request for Admission to Plaintiff on May 22, 2020. The request was served during the suspension of legal and administrative deadlines. Therefore, in accordance with La. Acts No. 162, 75 JBE 2020, Section 3(H)(1)(b), and La.C.C.P. art. 1467(A), we will provide a timely answer or objection on or before July 14, 2020.

　　Should you have any questions or concerns, please do not hesitate to contact me.

　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　B. Scott Andrews

　cc:　Matthew Ungarino – via fax: (504) 836-7565

EXHIBIT 3