Case 3:20-cv-00403-SDD-RLB     Document 1-5     06/25/20     Page 1 of 2

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID FALK<br><br>VERSUS<br><br>FIRST ACCEPTANCE INSURANCE<br>COMPANY OF GEORGIA, INC., ET AL | CIVIL ACTION NO.:<br><br>SECTION:<br><br>MAGISTRATE |

**LIST OF PARTIES AND COUNSEL**

| | |
|---|---|
| David Falk – Plaintiff | Kirk A. Guidry (#20842)<br>B. Scott Andrews (#24280)<br>C. Scott Courrege (#37991)<br>8201 Jefferson Highway<br>Baton Rouge, LA 70809<br>Telephone: 225-929-7481<br>Fax: 225-924-4519<br>kguidry@dueguidry.com<br>sandrews@dueguidry.com<br>scourrege@dueguidry.com<br><br>Joseph E. Windmeyer, Jr., (#26554)<br>WINDMEYER LAW FIRM, LLC<br>2313 N. Hullen Street<br>Metairie, Louisiana 70001<br>Tel: (504) 833-0782<br>Fax: (504) 833-0936<br>joey@windmeyerlaw.com |
| Steadfast Insurance Company –<br>Defendant | Andrea L. Albert (#27353)<br>Stephen J. Eckholdt (#35765)<br>Galloway, Johnson, Tompkins, Burr & Smith<br>#3 Sanctuary Boulevard, Third Floor<br>Mandeville, Louisiana  70471<br>Phone:  (985) 674-6680<br>Facsimile:   (985) 674-6681<br>aalbert@gallowaylawfirm.com<br>seckholdt@gallowaylawfirm.com |

| | |
|---|---|
| First Acceptance Insurance Company of Georgia, Inc. and Emanuel Coates – Defendants | Matthew J. Ungarino (#15061)<br>J. Michael Nash (#27021)<br>Ungarino & Maldonado, LLC<br>910 Pierremont Road, Suite 109<br>Shreveport, LA 71106<br>Tel.: (318) 866-9598<br>Fax: (318) 866-9598<br>mungarino@ungarino.com<br>mnash@ungarino.com |